IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| LARIEL BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-31-MTT |
| | * |
| TYRONE OLIVER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 3, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 3rd day of August, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk